IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ZHON ROGERS,

        Plaintiff,

v.                                                           No. 1:11-cv-646 RHS/SMV

CITY OF ALBUQUERQUE,

        Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time of hearing:**        Wednesday, March 7, 2012 at 2:00 p.m.

A telephonic status conference is set for March 7, 2012, at 2:00 p.m. Counsel shall call Judge Vidmar's "Meet Me" line at (505) 348-2357 to connect to the proceedings.

**IT IS SO ORDERED.**

_____
STEPHAN M. VIDMAR
United States Magistrate Judge