IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ZHON ROGERS,

    Plaintiff,

v.                                  No. 11-cv-0646 RHS/SMV

CITY OF ALBUQUERQUE,

    Defendant.

## ORDER TO FILE CLOSING DOCUMENTS

The parties reached a settlement in this matter at a conference held before the Court on November 16, 2012.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that closing documents be filed no later than **Monday, December 17, 2012**, absent a request for an extension and a showing of good cause.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**