IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ZHON ROGERS,

      Plaintiff,

v.                                                                    No. 11-cv-0646 RHS/SMV

CITY OF ALBUQUERQUE,

      Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:      January 30, 2013, at 9:30 a.m.

**Matter to be heard**:  Settlement issue

    **IT IS ORDERED, ADJUDGED, AND DECREED** that a status conference is hereby set for **January 30, 2013, at 9:30 a.m.**  Counsel shall call Judge Vidmar's "Meet Me" line at **(505) 348-2357** to connect to the proceedings.

    **IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**